**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Keith Donald, | Case No. 2:25-cv-00064-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO REQUEST SERVICE OF SUMMONS (ECF No. 10)** |
| Chris Lee, et al., | |
| Defendants. | |

Before the Court is pro se Plaintiff's motion to request service of summons, in which he asks this Court to order the U.S. Marshals to attempt service on the defendants. ECF No. 10. Federal Rule of Civil Procedure 4(c)(3) states:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916 .

Fed. R. Civ. P. 4(c)(3). Plaintiff is neither proceeding *in forma pauperis* nor as a seaman, but he is proceeding pro se. Accordingly, this Court exercises its discretion to grant Plaintiff's motion and orders as follows:

**IT IS ORDERED** that Plaintiff's motion to request service of summons (ECF No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff seven blank copies of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff will have 30 days to fill out the required USM-285 forms and send them to the U.S. Marshals Service. On the forms, Plaintiff must fill in the defendants' last-known addresses.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue the proposed summonses at ECF Nos. 10-2, 10-3, 10-4, 10-5, 10-6, 10-7, 10-8.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this order, the issued summonses, and the operative complaint (ECF No. 7) on the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on the defendants.

**IT IS FURTHER ORDERED** that, within 90 days of today's order, the U.S. Marshals Service shall file the summonses returned as executed or a notice indicating why service has not been effectuated.

DATED: February 11, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE