Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com
*Attorneys for Defendant Leslie Park*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DONALD, an individual, | Case No. 2:25-cv-00064-RFB-BNW |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| CHRIS LEE, an individual; ERIN TELLEZ, an individual; BIANCA CARDENA, an individual; LT. P#1930, an individual; LESLIE PARK, an individual; KENNETH FRIZZELL, an individual; AND LAWRENCE PHILLIPS, an individual, | |
| Defendants. | |

Defendant Leslie Park, hereby substitutes Sheri M. Thome, Esq. and Nicholas F. Adams, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as attorneys of record in place and stead of Osvaldo E. Fumo, Esq., of Pitaro & Fumo, Chtd.

DATED this 31st day of October, 2025.          LESLIE PARK

                                               _____/s/ Leslie Park_____

///

///

///

///

///

322734947v.1

1  Osvaldo E. Fumo, Esq., of Pitaro & Fumo, Chtd. hereby agrees and consents to the above substitution.

DATED this 30th day of October, 2025.    PITARO & FUMO, CHTD.

By:  */s/ Osvaldo E. Fumo*
Osvaldo E. Fumo, Esq.
Nevada Bar No. 5956
601 Las Vegas Blvd. South
Las Vegas, NV 89101
Phone: 702-474-7554
Fax: 702-474-4210
Email: ozzie@fumolaw.com

Sheri M. Thome, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby accepts substitution as attorney of record for Leslie Park in this matter.

DATED this 3rd day of November, 2025.    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Nicholas.Adams@wilsonelser.com

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2025

-2-

322734947v.1

*Substitution of Attorneys*
*Case No. 2:25-cv-00064-RFB-BNW*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 3rd day of November, 2025, I served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;
- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;
- ☐ via hand-delivery to the addressees listed below;
- ☐ via facsimile;
- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

| | |
|---|---|
| Keith Donald<br>243 24th St SE<br>Salem, OR 97301<br>Phone: 541-591-8214<br>Email: keithdonald42@yahoo.com<br>SomnambulistSociety.com<br>*Pro Se Plaintiff* | NORTH LAS VEGAS CITY ATTORNEY<br>Andy Moore, Nev. Bar No. 9128<br>Noel E. Eidsmore, Nev. Bar No. 7688<br>Danielle M. Holt, Nev. Bar No. 13152<br>2250 Las Vegas Blvd. North, Suite 810<br>North Las Vegas, Nevada 89030<br>Telephone: (702) 633-1050<br>Facsimile: (702) 649-8879<br>eidsmoren@cityofnorthlasvegas.com<br>holtdm@cityofnorthlasvegas.com<br>*Attorneys for Defendants*<br>*Chris Lee, Erin Tellez, Bianca Cardenas and Lt. P#1930 (Lt. William McDaniel)* |
| Leonides Peter Flangas<br>Flangas Law Offices<br>600 South Third Street<br>Las Vegas, NV 89101<br>Phone: 702-384-1990<br>Fax: 702-384-1009<br>leo@flangaslawoffice.com<br>*Attorney for Defendant*<br>*Kenneth Frizzell* | Corbett Benjamin Scroggins<br>The Law Firm of C. Benjamin Scroggins, Chtd.<br>302 E. Carson Avenue<br>10th Floor<br>Las Vegas, NV 89101<br>Phone: 702-328-5550<br>Fax: 702-442-8660<br>Email: info@cbscrogginslaw.com<br>*Attorneys for Defendant*<br>*Lawrence Phillips aka Larry Phillips* |

BY: ___*/s/ Lani Maile*___
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

-3-

322734947v.1