NORTH LAS VEGAS CITY ATTORNEY
Andy Moore, Nev. Bar No. 9128
Noel E. Eidsmore, Nev. Bar No. 7688
Danielle M. Holt, Nev. Bar No. 13152
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*
*William McDaniel & City of North Las Vegas*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH DONALD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of North Las Vegas; William McDaniel; Lawrence Phillips; Lani Naito; Maggie Hudson; Jonathon Donager; Nicole Donager; Jack Eslinger, Alisha Carter, Whitney Haws, Courtney Randall, Officers Bailey, Lizaola, and Friedman; Kevin McMahill; Rawson-Neal Psychiatric Hospital; Jessica Clinker; Ian Doyle; Ian Laughrey; Joel Jimenez Vargas; Robert Sottile; Kathryn Lowery; Enrico Arevalo; Kaila Lariosa; Nevada Department of Health and Human Services; Kenneth Scott Lemar Coker; Southern Nevada Fusion Center; Defense Advanced Research Projects Agency; United States of America; and DOES 1-50,<br><br>Defendants. | CASE NO.: 2:25-cv-00064-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINES TO RESPOND TO ECF NOS. 294, 291 AND 297** |

IT IS HEREBY STIPULATED by and between Defendant CITY OF NORTH LAS VEGAS and WILLIAM MCDANIEL ("City"), by and through their attorney, Danielle M. Holt, Esq., and KEITH DONALD ("Plaintiff"), pro se, to extend Plaintiff's deadline to respond to ECF Nos. 294, 291, and 297, as follows:

| ECF No. | Current Response Date | Proposed Extended Date |
|---|---|---|
| 294 – Motion to Stay | August 13, 2026 | September 11, 2026 |
| 291 – Motion to Dismiss | August 18, 2026 | September 11, 2026 |
| 297 – Motion for Sanctions | August 20, 2026 | September 11, 2026 |

WHEREFORE, the parties respectfully request that this Court extend Plaintiff's response date deadlines to September 11, 2026.

DATED this 11th day of August, 2026

NORTH LAS VEGAS CITY ATTORNEY

By _/s/ Danielle M. Holt_
Andy Moore, Nev. Bar No. 9218
City Attorney
Danielle M. Holt, Nev. Bar No. 13152
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendants William McDaniel and City of North Las Vegas*

DATED this 11th day of August, 2026

PLAINTIFF

By _/s/ Keith Donald_
Keith Donald
243 24th Street SE
Salem, Oregon 97301
(541) 591-8214
*Pro Se*

**ORDER**

IT IS SO ORDERED.

**DATED:** August 12, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

NORTH LAS VEGAS CITY ATTORNEY

By _/s/ Danielle M. Holt_.
Andy Moore, Nev. Bar No. 9128
Danielle M. Holt, Nev. Bar No. 13152
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
*Attorneys for Defendants William McDaniel and City of North Las Vegas*