**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Keith Donald,

Plaintiff,

v.

City of North Las Vegas,

Defendants.

Case No. 25cv64-RFB-BNW

**ORDER**

Before this Court is Plaintiff's motion to stay discovery (ECF No. 292) and Defendants' motion to stay discovery (ECF No. 294). The oppositions to these motions are not due until September 11, 2026. ECF No. 300. But given the fact that both parties request a stay of discovery, no responses are necessary for this Court to resolve these two motions.

The parties are familiar with the arguments. As a result, this Court does not repeat them. Instead, this Court will incorporate the arguments as necessary and relevant to this order.

The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery because a potentially dispositive motion is pending. *Skellerup Indus. Ltd. v. City of Los Angeles*, 163 F.R.D. 598, 600–01 (C.D. Cal. 1995). A court may, however, stay discovery under Fed. R. Civ. P. 26(c). The standard for staying discovery under Rule 26(c) is good cause.

Both parties identify good cause for the stay of discovery. A decision on the motion to dismiss will provide needed guidance regarding which parties and claims will survive.[1] Plaintiff explains that "the permissible scope of discovery cannot be reliably determined until operative claims and parties are fixed." ECF No. 292 at 5. This Court agrees.

/ / /

/ / /

[1] This Court acknowledges that at the time Plaintiff filed his motion to stay discovery there was no pending motion to dismiss. Should Plaintiff take the position that discovery is needed to determine the motion to dismiss, he may file a motion to lift the stay of discovery and identify what discovery is needed.

In turn, the status conference set for August 31, 2026, to address case management issues is vacated. This Court can accommodate a future case management hearing at the parties' request after the motion to dismiss is decided.

## I. CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's motion to stay discovery (ECF No. 292) is **GRANTED** to the extent that discovery shall be stayed until the pending motion to dismiss (ECF No. 291) is decided.

**IT IS FURTHER ORDERED** that Defendants' motion to stay discovery (ECF No. 294) is **GRANTED.**

**IT IS FURTHER ORDERED** that the case management conference scheduled for August 31, 2026, is **VACATED**.

DATED this 28th day of August 2026.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE